

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-2-2008

# Arca-Pineda v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 07-1914

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Arca-Pineda v. Atty Gen USA" (2008). *2008 Decisions.* Paper 948.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/948

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-1914
_____

NORMA ISABEL ARCA-PINEDA,
*Petitioner*,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
*Respondent.*

Present: McKee, Garth, Circuit Judges and Rodriguez*, District Judge
_____

ORDER
_____

IT IS ORDERED the above entitled opinion having been filed on May 28, 2008, should have substituted, in Part C, page 8, the word "preceding" for the word "proceeding." In addition, four lines from the bottom of that page, in Part C, the word "precede" should be substituted for the word "proceed."

BY THE COURT,


/s/ LEONARD I. GARTH
United States Circuit Judge

Dated: June 2, 2008

*Hon. Joseph H. Rodriguez, Senior District Judge for the District of New Jersey, sitting by designation.